# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GRIFFIN-JONES,<br><br>                                      Plaintiff,<br>v.<br>CITY OF SAN DIEGO,<br>                                     Defendant. | Case No.: 21-CV-24-CAB(WVG)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE**<br><br>**[Doc. No. 28]** |

The joint motion to continue the August 26, 2021 continued ENE/CMC is DENIED. However, the Court will excuse named parties and City representatives from appearing and will only require counsel to appear. The Court is interested in the nature of the "somewhat unusual" settlement and why such a long period of time is necessary to finalize it. Accordingly, only one attorney from each side who can speak on this matter needs to appear.

**IT IS SO ORDERED.**

DATED: August 23, 2021

Hon. William V. Gallo
United States Magistrate Judge